# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT TOMASZEWSKI,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **CITY OF PHILADELPHIA,**<br>　　　　**Defendant.** | **NO. 17-4675** |

## O R D E R

**AND NOW**, this 13th day of December, 2018, upon consideration of Defendant's Motion for a Protective Order to Preclude the Deposition of the Honorable Mayor James Kenney (Document No. 19, filed on October 4, 2018), Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for a Protective Order (Document No. 20, filed on October 15, 2018), and Defendant's Reply Brief in Further Support of its Motion for a Protective Order to Preclude the Deposition of the Honorable James Kenney, Mayor of the City of Philadelphia (Document No. 21, filed on October 25, 2018), for the reasons stated in the Memorandum dated December 13, 2018, **IT IS ORDERED** that Defendant's Motion for a Protective Order to Preclude the Deposition of the Honorable Mayor James Kenney is **GRANTED**.

The ruling in this Memorandum and Order is **WITHOUT PREJUDICE** to the right of the plaintiff to conduct a limited deposition of Mayor Kenney by written questions, pursuant to Federal Rule of Civil Procedure 31, if plaintiff concludes that a limited number of specific questions remain unanswered on the current record.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　　‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
　　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**